# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY DENZO KAZEMI,<br><br>  Petitioner,<br><br>  vs.<br><br>JEREMY CASEY, in his official capacity as Warden of the Imperial Regional Detention Facility; et al.,<br><br>  Respondents. | Case No. 25cv1926 DMS DEB<br><br>**ORDER GRANTING RESPONDENTS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Upon application, for good cause and compelling reasons, Respondents' motion for leave to file under seal the entire medical record for Petitioner Rey Denzo Kazemi (Petitioner) during his time in Immigration and Customs Enforcement Custody at the Imperial Region Detention Facility, along with a rap sheet, is GRANTED. Such documents shall be filed under seal.

  IT IS SO ORDERED.

Dated:  August 1, 2025

Hon. Dana M. Sabraw
United States District Judge