# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY DENZO KAZEMI,<br><br>  Petitioner,<br><br>v.<br><br>JEREMY CASEY, in his official capacity as Warden of the Imperial Regional Detention Facility; DAVID MARIN, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Los Angeles Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAM BONDI, in her official capacity as Attorney General of the United States,<br><br>  Respondents. | Case No.: 25cv1926 DMS (DEB)<br><br>**ORDER SETTING HEARING** |

The Court is in receipt of Petitioner's renewed motion for temporary restraining order and order to show cause re: preliminary injunction. The Court sets this matter for oral argument on **October 6, 2025**, at **3:30 p.m.** A dial in number for the hearing will be provided separately to counsel.

  **IT IS SO ORDERED**.

Dated: October 6, 2025

Hon. Dana M. Sabraw
United States District Judge