UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY DENZO KAZEMI,<br><br>                            Petitioner,<br><br>v.<br><br>JEREMY CASEY, in his official capacity as Warden of the Imperial Regional Detention Facility; DAVID MARIN, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Los Angeles Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAM BONDI, in her official capacity as Attorney General of the United States,<br><br>                            Respondents. | Case No.:  25cv1926 DMS (DEB)<br><br>**ORDER REQUESTING FOLLOW UP JOINT STATUS REPORT** |

    The Court is in receipt of the parties' Joint Status Report filed on October 10, 2025. In accordance with Respondents' suggestion, the Court requests a follow up status report from the parties setting out their respective positions following Petitioner's check in with ICE.  If Petitioner stands on his request to have the Court enter a final judgment, he shall set out specific language for that proposed judgment so Respondents and the Court can

1

1 | better assess that request. The parties' follow up status report shall be filed on or before
2 | **12:00 noon** on **October 17, 2025**.
3 | **IT IS SO ORDERED**.
4 | Dated: October 14, 2025

Hon. Dana M. Sabraw
United States District Judge