

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Rey Denzo Kazemi

Civil Action No. 25-cv-1926-DMS-DEB

**Plaintiff,**

V.

Respondents: See Attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for a Writ of Habeas Corpus is GRANTED. This case is hereby closed.

Date:  10/17/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ B. Chandler

B. Chandler, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25-cv-1926-DMS-DEB</u>

Respondents:

Jeremy Casey, in his official capacity as Warden of the Imperial Regional Detention Facility; David Marin, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Los Angeles Field Office; Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security; Pamela Bondi, in her official capacity as Attorney General of the United States