# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY DENZO KAZEMI, <br><br> Petitioner, <br><br> vs. <br><br> JEREMY CASEY, in his official capacity as Warden of the Imperial Regional Detention Facility; et al., <br><br> Respondents. | Case No. 25cv1926 DMS DEB <br><br> **ORDER GRANTING JOINT MOTION TO ANONYMIZE PETITIONER ON DOCKET AND ALL CASE FILINGS** |

Petitioner and Respondents have jointly requested that this Court enter an order anonymizing Petitioner's identity on the docket and all filings. The motion is GRANTED. The Court orders the following:

1. The clerk shall restyle the docket and all docket entries to use Petitioner's initials "RK" in place of Petitioner's name.

2. Petitioner and Respondents will submit corrected versions of all filings with Petitioner's name substituted with initials "RK."

Dated: October 29, 2025

_____
Hon. Dana M. Sabraw
United States District Judge