# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY DENZO KAZEMI,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>JEREMY CASEY, in his official capacity as Warden of the Imperial Regional Detention Facility; DAVID MARIN, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Los Angeles Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAM BONDI, in her official capacity as Attorney General of the United States,<br><br>　　　　　　　　　　Respondents. | Case No.:  25cv1926 DMS (DEB)<br><br>**ORDER RE: ORAL ARGUMENT** |

Petitioner's motion for attorneys' fees is currently set for hearing on March 6, 2026. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the March 6, 2026 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  March 2, 2026

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　United States District Judge

1